

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00255-CV

IN THE INTEREST OF B.D., E.D.,
AND M.D., CHILDREN

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 325-487586-10

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On August 11, 2015, September 18, 2015, and October 19, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid. *See* Tex. R. App. P. 42.3(c). In our September 18, 2015 order and our October 19, 2015 order, we also informed appellant that if he did not pay or make arrangements to pay for

---

[1]*See* Tex. R. App. P. 47.4.

preparation of the appellate record by October 29, 2015, we would dismiss the appeal for want of prosecution. See Tex. R. App. 37.3(b), 42.3(c).

Appellant has not paid the $195 filing fee, *see* Tex. R. App. P. 5, 12.1(b), and on October 30, 2015, the trial court clerk informed this court that appellant had not paid for the clerk's record. Therefore, because appellant has failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 43.4.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: November 12, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).